STATE OF NEW JERSEY v. REGINALD VATTELLE, JR.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT E. DITTMAR, SR.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. CRAIG DIXON.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. VINCENT TOMCZAK.

July 12, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES C. CHAVERS.

July 12, 1984.

Petition for certification denied.